MCGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMMY DAVIS DEWITT MORGAN,<br><br>Defendant. | 2:18-CR-0019-JAM<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: June 19, 2018<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

Plaintiff United States of America, through its respective counsel, and defendant Sammy Davis Dewitt Morgan, through his counsel of record, stipulate that the status conference now set for June 19, 2018, be continued to July 10, 2018, at 9:15 a.m.

On March 19, 2018, Mr. Morgan was arraigned on the two-count Indictment in this case. (ECF Nos. 3, 6.) The government has since produced to the defense discovery that includes 59 pages of reports and memoranda, 20 photos, and roughly one dozen audio and video recordings from the date Mr. Morgan was arrested. Defense counsel requires additional time to review these materials, time to confer with his client, to conduct additional investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for June 19, 2018, be continued to July 10, 2018, at 9:15 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including July 10, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479 [Local

| | |
|---|---|
| 1 | Code T4], based on continuity of counsel and defense preparation. |
| 2 | The parties agree that the failure to grant a continuance in this case would deny defense counsel |
| 3 | reasonable time necessary for effective preparation, taking into account the exercise of due diligence. |
| 4 | The parties also agree that the ends of justice served by the Court granting the requested continuance |
| 5 | outweigh the best interests of the public and the Defendant in a speedy trial. |

Respectfully submitted,

Dated: June 10, 2018                 */s/ Timothy H. Delgado*
                                    TIMOTHY H. DELGADO
                                    Assistant United States Attorney
                                    Attorney for Plaintiff United States

Dated: June 10, 2018                 */s/ THD for Benjamin D. Galloway*
                                    *on behalf of Matthew C. Bockmon*
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant Sammy Morgan

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including July 10, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the June 19, 2018 status conference be continued until July 10, 2018, at 9:15 a.m.

Dated: June 11, 2018 /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge