| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | 2:18-CR-0019-JAM |
| | Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| | v. | Date: July 10, 2018 |
| SAMMY DAVIS DEWITT MORGAN, | | Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| | Defendant. | |

Plaintiff United States of America, through its respective counsel, and defendant Sammy Davis Dewitt Morgan, through his counsel of record, stipulate that the status conference now set for July 10, 2018, be continued to August 14, 2018, at 9:15 a.m.

On March 19, 2018, Mr. Morgan was arraigned on the two-count Indictment. (ECF Nos. 3, 6.) In the weeks following, the government produced to the defense discovery that included 59 pages of reports and memoranda, 20 photos, and roughly one dozen audio and video recordings. Mr. Morgan has been represented by the Federal Defender's Office until recently.

On June 13, 2018, the Court granted defendant's motion to substitute Kelly Babineau as defense counsel. (ECF No. 17.) The government has since produced to Ms. Babineau the discovery previously-produced in this case. Defense counsel began reviewing these materials diligently on receipt, but needs additional time to review the discovery, time to confer with her client, to research potential defenses and motions, to conduct additional investigation, and to otherwise prepare for trial.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
STATUS CONFERENCE

1

1  Based on the foregoing, the parties stipulate that the status conference currently set for July 10,
2  2018, be continued to August 14, 2018, at 9:15 a.m.  The parties further agree that time under the Speedy
3  Trial Act should be excluded from the date the parties stipulated, up to and including August 14, 2018,
4  under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local
5  Code T4], based on continuity of counsel and defense preparation.

6  The parties agree that the failure to grant a continuance in this case would deny defense counsel
7  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
8  The parties also agree that the ends of justice served by the Court granting the requested continuance
9  outweigh the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,

Dated:  July 2, 2018                                  */s/ Timothy H. Delgado*
                                                      TIMOTHY H. DELGADO
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff United States

Dated:  July 2, 2018                                  */s/ THD for Kelly Babineau*
                                                      KELLY BABINEAU
                                                      Attorney for Defendant Sammy Morgan

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
STATUS CONFERENCE

2

| | |
|---|---|
| 1 | ORDER |

2   The Court, having received and considered the parties' stipulation, and good cause appearing
3   therefore, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds that the
4   failure to grant a continuance in this case would deny counsel reasonable time necessary for effective
5   preparation, taking into account the exercise of due diligence.  The Court also finds that the ends of
6   justice served by granting the requested continuance outweigh the best interests of the public and the
7   defendant in a speedy trial.

8   The Court orders that the time from the date the parties stipulated, up to and including August 14,
9   2018, shall be excluded from computation of time within which the trial in this case must be commenced
10  under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and
11  General Order 479 [Local Code T4].  It is further ordered that the July 10, 2018 status conference be
12  continued until August 14, 2018, at 9:15 a.m.

14  Dated:  July 2, 2018                    /s/ John A. Mendez_____
                                            Hon. John A. Mendez
15                                          United States District Court Judge