| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMMY DAVIS DEWITT MORGAN,<br><br>Defendant. | CASE NO. 2:18-CR-0019-JAM<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S REQUEST TO SEAL DOCUMENTS |

Pursuant to Local Rule 141(b), and based on the representations contained in the government's Request to Seal Documents (Dkt. No. 35), IT IS HEREBY ORDERED that the documents referenced in the government's Request to Seal Documents shall be SEALED until further order of this Court.

It is further ordered that public access to the sealed documents shall be limited to the government and counsel for defendant Sammy Davis Dewitt Morgan.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), and *United States v. Doe*, 870 F.3d 991 (9th Cir. 2017). The Court finds that, for the reasons stated in the government's Request to Seal Documents, sealing the documents referenced in the government's Request to Seal Documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its Request to Seal Documents, the Court

///

(PROPOSED) ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S REQUEST TO SEAL

1

further finds that there are no additional alternatives to sealing the above-described documents that would adequately protect the compelling interests identified by the government.

Dated: August 13, 2019

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge