UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>SAMMY DAVID DEWITT MORGAN,<br><br>Movant. | No. 2:18-cr-0019 JAM KJN P<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On August 28, 2020, movant filed a motion for an emergency hearing.  (ECF No. 61.)  On August 28, 2020, movant filed a memo in support of his traverse.  (ECF No. 62.)

Background

On October 23, 2018, movant, represented by counsel, pled guilty pursuant to a negotiated plea agreement (ECF No. 25).  On October 22, 2019, movant was sentenced to 153 months in federal prison, and judgment was entered.  On May 4, 2020, movant filed a pro se appeal, which the Court of Appeals for the Ninth Circuit dismissed as untimely.  (ECF No. 57.)

Discussion

First, movant's motion for emergency hearing was not signed by movant.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers

1

submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's motion unless he signs the motion and re-files it.

Second, at this stage of the proceedings, there is no need for a hearing. Respondent has not filed a responsive pleading, which is not due until September 19, 2020. If the court determines that a hearing is required, the court will set one.

Third, movant's memo in support of his traverse is premature because respondent has not yet responded. Movant is allowed to file one traverse. Movant may choose to refrain from filing a traverse until after the government files its responsive pleading so that movant can address issues raised therein. If movant files a traverse after the responsive pleading is filed, the court will disregard the previously-filed memo. (ECF No. 62.)

Accordingly, IT IS HEREBY ORDERED that the motion (ECF No. 61) is denied without prejudice.

Dated: September 8, 2020

/morg0019.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2