UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-cr-0019 JAM KJN P |
|---|---|
| Respondent, | |
| v. | ORDER |
| SAMMY DAVID DEWITT MORGAN, | |
| Movant. | |

Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On October 19, 2020, movant filed a motion to shorten time for respondent to file its reply to the § 2255 motion, which appears to duplicate his September 24, 2020 request. As discussed below, plaintiff's motion is denied.

Background

On October 23, 2018, movant, represented by counsel, pled guilty pursuant to a negotiated plea agreement (ECF No. 25). On October 22, 2019, movant was sentenced to 153 months in federal prison, and judgment was entered. On May 4, 2020, movant filed a pro se appeal, which the Court of Appeals for the Ninth Circuit dismissed as untimely. (ECF No. 57.) The Bureau of Prisons projects movant's release date as January 29, 2029.[1]

---

[1] The Court may take judicial notice of public records available on online inmate locators. See United States v. Basher, 629 F.3d 1161, 1165 (9th Cir. 2011) (taking judicial notice of Bureau of

1

On July 15, 2020, movant filed the instant § 2255 motion. On September 15, 2020, respondent was granted an extension of time until December 8, 2020, in which to file its response.

Discussion

Movant contends that his imprisonment is illegal, essentially re-arguing the merits of his underlying § 2255 motion in which he contends, *inter alia*, that sentencing enhancements were wrongfully imposed. It is not appropriate for the court to address the merits of the § 2255 motion at this time. But in any event, the undersigned does not find good cause to advance the briefing on the § 2255 motion. The motion is denied.

Accordingly, IT IS HEREBY ORDERED that the motion (ECF Nos. 67, 70) is denied.

Dated: October 20, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/morg0019.den2

---

Prisons' inmate locator available to the public).