UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>SAMMY DAVID DEWITT MORGAN,<br><br>Movant. | No.  2:18-cr-0019 JAM KJN P<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On October 29, 2020, movant filed a motion for reconsideration of the magistrate judge's order filed October 21, 2020, denying movant's request to shorten time for respondent to file its response to the § 2255 motion. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Id.  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration (ECF No. 72), the order of the magistrate judge filed October 21, 2020 (ECF No. 71), is affirmed.

1 | DATED: December 7, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE