UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-0019 JAM KJN P |
| Respondent, | |
| v. | ORDER |
| SAMMY DAVID DEWITT MORGAN, | |
| Movant. | |

Movant is a federal prisoner, proceeding without counsel, with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On December 28, 2020, and December 29, 2020, movant signed two documents advising the court that movant had not received respondent's opposition; both documents were filed on January 4, 2021. In his first filing, movant also seeks an order granting his § 2255 motion based on respondent's purported failure to file an opposition. However, the record confirms that respondent timely filed an opposition on December 9, 2020. (ECF No. 79.) Moreover, the record reflects that respondent served a copy of its opposition on movant at his address of record. (ECF No. 80.)

Thus, the motion to rule on the § 2255 motion in movant's favor is denied. In an abundance of caution, the Clerk of the Court is directed to re-serve a copy of respondent's opposition on movant. In addition, movant is granted thirty days from the date of this order in which to file his traverse or reply, if any.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to rule on the § 2255 motion in movant's favor (ECF No. 83) is denied;

2. The Clerk of the Court is directed to serve a copy of respondent's opposition (ECF No. 79) on movant; and

3. Movant is granted thirty days in which to file a traverse or reply.

Dated: January 11, 2021

/morg0019.236

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE