UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-0019 JAM KJN P |
| Respondent, | |
| v. | ORDER |
| SAMMY DAVIS DEWITT MORGAN, | |
| Movant. | |

Movant is a federal prisoner, proceeding without counsel, with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On January 28, 2021, movant filed a motion claiming he had not received respondent's opposition or an order granting movant an extension, and again asked the court to grant the § 2255 motion. Then, on February 1, 2021, movant filed a motion to strike all of his prior memos in support of his traverse and consider only movant's reply signed January 25, 2021. Movant's reply was filed on February 1, 2021.

Because it is clear movant has now received respondent's opposition, his January 28, 2021 motion is denied. The motion to strike is granted; his memo filed August 28, 2020 (ECF No. 62) is stricken.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's January 28, 2021 motion (ECF No. 87) is denied;
2. The motion to strike (ECF No. 88) is granted; and

1

3. Movant's memorandum filed August 28, 2020 (ECF No. 62) is stricken.

Dated: February 2, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/morg0019.str