MCGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMMY DAVIS DEWITT MORGAN,<br><br>Defendant. | CASE NO. 2:18-CR-00019-JAM<br><br>STIPULATION AND ORDER FOR BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS FOR COMPASSIONATE RELEASE |

The United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Sammy Davis Dewitt Morgan, by and through his counsel, Assistant Federal Defender Linda Allison, jointly request that the Court set a briefing schedule for the defendant's Motions for Compassionate Release, at set forth below. In support of this request, the parties stipulate to the following:

1. Proceeding *pro se*, the defendant filed his initial Motion for Compassionate Release, pursuant to 18 U.S.C. § 3582(c)(1)(A), on February 4, 2021.  ECF No. 91.

2. On February 5, 2021, the Court ordered that the government's response be filed by February 19, 2021, and that the defendant file his reply by February 26, 2021.  ECF No. 93.

3. On February 16, 2021, the defendant filed a second Motion for Compassionate Release, pursuant to 18 U.S.C. § 3582(c)(1)(A).  ECF No. 97.

4. Also on February 16, 2021, Assistant Federal Defender Linda Allison filed a Notice of

Designation of Counsel to represent Mr. Morgan (ECF No. 99), per the Court's appointment, and indicated to the government her intent to file a supplement to the defendant's initial Motion for Compassionate Release.

The government does not object to the defendant's filing supplemental briefing in support of his motion. Because the United States has not yet filed a response to the defendant's initial Motion for Compassionate Release, the parties now request that the Court vacate the existing briefing schedule and set a new schedule to allow the defendant to file any remaining argument in support of his Motions for Compassionate Release and to allow the government to respond to all of the defendant's arguments in a single omnibus brief.

To that end, the parties propose the following briefing schedule:

1. Motion: The defendant will file any remaining supplemental briefing in support of his Motions for Compassionate Release by March 4, 2021.
2. Response: The United States will file its response to the defendant's Motions for Compassionate Release, and any supplemental briefing in support thereof, by March 25, 2021.
3. Reply: The defendant will file his reply to the government's response by April 1, 2021.

It is so stipulated.

Dated: March 1, 2021
McGREGOR W. SCOTT
United States Attorney

By: /s/ *James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated: March 1, 2021
HEATHER WILLIAMS
Federal Defender

By: /s/ *Linda Allison*
LINDA ALLISON
Assistant Federal Defender

STIPULATION AND PROPOSED ORDER TO RE-SET BRIEFING SCHEDULE

# FINDINGS AND ORDER

The Court, having read the parties' stipulation in support of their request for a new briefing schedule, and finding good cause therefore, ORDERS as follows:

1. The briefing schedule the Court set in its minute order of February 5, 2021 (ECF No. 93) is VACATED.
2. The defendant, Sammy Davis Dewitt Morgan, will file any remaining supplemental briefing in support of his Motions for Compassionate Release by March 4, 2021.
3. The Government will file its response to the defendant's Motions for Compassionate Release and all attendant supplemental briefing by March 25, 2021.
4. The defendant will file his reply, if any, to the government's response by April 1, 2021.

IT IS SO FOUND AND ORDERED this 1st day of March, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE