HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, Bar #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
SAMMY MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00019-JAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **SEALING ORDER** |
| SAMMY MORGAN, | ) JUDGE: Hon. JOHN A. MENDEZ |
| Defendant-Movant. | ) |

   IT IS HEREBY ORDERED that the Request to Seal Exhibits 1, 2 & 3 to Defendant-Movant's Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) be granted so that medical information and personal information is not available on the public docket.  The Request and its Exhibit 1, 2, & 3 are to be provided to the Court and Assistant United States Attorney James Conolly.

   These documents shall remain under seal until further Order of the Court.

   **IT IS SO ORDERED.**

Dated:  March 3, 2021                           /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE

Lands:  Sealing Order