PHILLIP A. TALBERT
United States Attorney
JASON HITT
JAMES R. CONOLLY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMMY DAVIS DEWITT MORGAN,<br><br>Defendant. | CASE NO. 2:18-CR-00019-DAD<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

On June 14, 2024, the United States requested an extension of time to file its response to Defendant's *pro se* requests. Docket Nos. 131, 133.

IT IS HEREBY ORDERED the Government's request until July 5, 2024, to file its response is granted.

IT IS SO ORDERED.

Dated:  **June 14, 2024**            _____
                                                        DALE A. DROZD
                                                        UNITED STATES DISTRICT JUDGE

1