IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMMY DAVIS DEWITT MORGAN<br>Defendant. | Case №: 2:18-cr-00019-DAD<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above-named Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel or has otherwise satisfied this Court that his/her is financially unable to obtain counsel and wishes counsel be appointed to represent him/her on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Brian McComas be appointed to represent the above defendant in this case effective *nunc pro tunc* to July 3, 2025, substituting the Federal Defenders Office appointed per G.O. 595.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **July 3, 2025**

　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-1-